648

372 A.2d 844

Commonwealth v. Thompson, Appellant.

Submitted December 16, 1975. Kalvin Kahn, for appellant; Bruce A. Franzel, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

372 A.2d 844

Commonwealth v. Tillison, Appellant.

Submitted June 16, 1975. Martin A. Ostrow, for appellant; Hugh J. Colihan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.